B9I (Official Form 9I) (Chapter 13 Case) (12/12)      Case Number **14–16708**

# UNITED STATES BANKRUPTCY COURT
**Northern District of Illinois**

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*

The debtor(s) listed below filed a chapter 13 bankruptcy case on 5/2/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dennis O. Bland
9720 S. Pulaski
Apt. #303
Oak Lawn, IL 60453

| | |
|---|---|
| Case Number: 14–16708<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–6384 |
| Attorney for Debtor(s) (name and address):<br>Martin A. Lear<br>Law Offices of Ernesto Borges<br>105 West Madison<br>23rd Floor<br>Chicago, IL 60602<br>Telephone number: 312–853–0200 | Bankruptcy Trustee (name and address):<br>Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603<br>Telephone number: 312 294–5900 |

## Meeting of Creditors:

Date: **June 30, 2014**      Time: **02:30 PM**

Location: **55 East Monroe, Suite 3850, Chicago, IL 60603**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **9/29/14**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **10/29/14**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees**
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:

Date: **July 24, 2014**, Time: **10:15 AM**, Location: **219 South Dearborn, Courtroom 615, Chicago, IL 60604**
**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 3000.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/29/14**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: May 5, 2014 |

**EXPLANATIONS**     B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 14-16708-JSB
Dennis O. Bland  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmiller              Page 1 of 2                  Date Rcvd: May 05, 2014
                              Form ID: b9i               Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2014.
db          #+Dennis O. Bland,    9720 S. Pulaski,    Apt. #303,    Oak Lawn, IL 60453-3324
21882375     +77th St Depo,    210 W 79th St,    Chicago, IL 60620-1128
21882376     +Arnoldharris,    111 West Jackson B,    Chicago, IL 60604-3589
21882377     +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
21882378     +Choice Recovery,    1550 Old Henderson Rd St,    Columbus, OH 43220-3662
21882379     +City of Chicago (Suspension/BootLis,    % Arnold Scott Harris PC,    111 W Jackson, #600,
               Chicago, IL 60604-3517
21882380     +City of Chicago Department Finance,    121 N. LaSalle,    Chicago, IL 60602-1246
21882381     +City of Chicago Dept. of Finance,    P.O. Box 88292,    Chicago, IL 60680-1292
21882382     +Collect Sys,    8 South Michigan,    Chicago, IL 60603-3469
21882383     +College of Dupage,    425 Fawell Blvd,    Glen Ellyn, IL 60137-6599
21882386     +Evergreen Legal Services,    9901 S. Western Ave.,    Chicago, IL 60643-1800
21882389    ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
              (address filed with court: Focus Receivables Mana,    1130 Northchase Parkway Suite 150,
               Marietta, GA 30067)
21882387     +First Service Res. Managment,    PO Box 513205,    Los Angeles, CA 90051-1205
21882388     +First Service Residential,    PO Box 513205,    Los Angeles, CA 90051-1205
21882391     +Mcsi Inc,    Po Box 327,    Palos Heights, IL 60463-0327
21882394     +Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
21882395     +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: notice@billbusters.com May 06 2014 07:59:36      Martin A. Lear,
               Law Offices of Ernesto Borges,    105 West Madison,    23rd Floor,    Chicago, IL   60602
tr           +E-mail/Text: 341NOTICE@TVCH13.NET May 06 2014 08:02:29      Tom Vaughn,
               55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5713
ust           E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV May 06 2014 08:01:08      Patrick S Layng,
               Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,    Chicago, IL 60604-2027
21882384     +E-mail/Text: electronicbkydocs@nelnet.net May 06 2014 08:01:22      Dept Of Education/neln,
               121 S 13th St,    Lincoln, NE 68508-1904
21882390     +EDI: IRS.COM May 06 2014 04:08:00      Internal Revenue Service,    Official Bankruptcy Address,
               P.O. Box 7317,    Philadelphia, PA 19101-7317
21882393     +EDI: MERRICKBANK.COM May 06 2014 04:08:00      Merrick Bk,    Attn: Bankruptcy,    P.O. Box 9201,
               Old Bethpage, NY 11804-9001
21882396     +EDI: NAVIENTFKASMSERV.COM May 06 2014 04:08:00      Sallie Mae,    Attn: Claims Department,
               Po Box 9500,    Wilkes-Barre, PA 18773-9500
21882397     +EDI: DRIV.COM May 06 2014 04:08:00      Santander Consumer Usa,    Po Box 961245,
               Fort Worth, TX 76161-0244
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21882385*    +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
21882392*    +Mcsi Inc,    Po Box 327,    Palos Heights, IL 60463-0327
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2014                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: mmiller              Page 2 of 2            Date Rcvd: May 05, 2014
                              Form ID: b9i               Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2014 at the address(es) listed below:
              Martin A. Lear    on behalf of Debtor Dennis O. Bland notice@billbusters.com,
               billbusters@bestclientinc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom  Vaughn    ecf@tvch13.net,  ecfchi@gmail.com
                                                                                        TOTAL: 3
```